| | |
|---|---|
| **PORTER | SCOTT**<br>A PROFESSIONAL CORPORATION<br>Carl L. Fessenden, SBN 161494<br>cfessenden@porterscott.com<br>Colin J. Nystrom, SBN 354503<br>cnystrom@porterscott.com<br>2180 Harvard Street, Suite 500<br>Sacramento, California 95815<br>TEL: 916.929.1481<br>FAX: 916.927.3706<br><br>Attorneys for Defendants<br>COUNTY OF SAN JOAQUIN, TAWNI HOSKINS, JOSHUA KELLEY, and JOEL ESTRADA<br>*Exempt from Filing Fees Pursuant to Government Code § 6103* | ALDERLAW, PC<br>Michael Alder<br>Daniel M. Kruid<br>Margherita Giubilei<br>12800 Riverside Drive, 2nd Floor<br>Valley Village, CA 91607<br>cmalder@alderlaw.com<br>dkruid@alderlaw.com<br>mgiubilei@alderlaw.com<br><br><br>LAW OFFICES OF GREGORY R. DAVENPORT<br>Gregory R. Davenport<br>3439 Brookside Road, Suite 205<br>Stockton, CA 95219<br><br>Attorneys for Plaintiff DANNY RICHARD SIGMAN |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY RICHARD SIGMAN, an individual,<br><br>           Plaintiff,<br><br>v.<br><br>COUNTY OF SAN JOAQUIN, a government entity; TAWNI HOSKINS, an individual; JOSHUA KELLEY, an individual; JOEL ESTRADA, an individual,<br><br>           Defendants.<br>_____/ | CASE NO.  2:24-cv-01158-JAM-CKD<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>FAC: 04/05/2024<br>Complaint Filed:  02/14/2024 |

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff DANNY RICHARD SIGMAN and Defendants COUNTY OF SAN JOAQUIN, TAWNI HOSKINS, JOSHUA KELLEY, and JOEL ESTRADA, by and through their counsel of record that this action be **DISMISSED, with prejudice,** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear its own attorney fees and costs.

Dated: April 17, 2025

PORTER SCOTT
A PROFESSIONAL CORPORATION

By /s/Carl L. Fessenden
    Carl L. Fessenden
    Colin Nystrom
    Attorneys for Defendants

Dated: April 17, 2025

ALDERLAW, PC

By /s/ Daniel M. Kruid (Authorized on 4/17/25)
    Michael Alder
    Daniel M. Kruid
    Margherita Giubilei
    Attorneys for Plaintiff

Dated: April 17, 2025

LAW OFFICES OF GREGORY R. DAVENPORT

By /s/Gregory R. Davenport (Authorized on 4/17/2025)
    Gregory R. Davenport
    Attorney for Plaintiff

## ORDER

**IT IS SO ORDERED.**

Dated: April 18, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE